In decisions Nos. 1–8: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of RALPH T. ROBERTS, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss appeal granted by default, without costs.

■ (A) JOSEPH S. RESNICK et al., Plaintiffs, v. HARRY BECKERMAN et al., Defendants. (Action No. 1.) HARRY BECKERMAN, Plaintiff, v. JOSEPH RESNICK et al., Defendants. (Action No. 2.) (B) R. E. MAYNDER, INC., Respondent, v. STATE OF NEW YORK, Appellant.— [In each action] Appeals dismissed, without costs unless appellants shall file and serve records, briefs and notes of issue for the September 1962 Term on or before August 1, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCK HARRISON, Appellant. (B) In the Matter of the Claim of GEORGINA CRUZ, Appellant, v. UNEMPLOYMENT INSURANCE APPEAL BOARD OF THE STATE OF NEW YORK, Respondent.— [In each action] Time to perfect appeals extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD GRAY, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE MIDDLETON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH RYAN, Appellant.— Reapplication for assignment of counsel denied. Time to perfect appeal extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KING, Appellant.— Motion for permission to appeal upon one handwritten copy of the brief on appeal. Motion denied.

■ In the Matter of the Arbitration between JEANNETTE G. THORPE, Appellant, and STATE FARM MUTUAL INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted.

■ (A) In the Matter of the CITY OF ALBANY, Petitioner, v. J. BURCH McMORRAN, as Superintendent of the New York State Department of Public Works, Respondent. (B) CITY OF ALBANY, Plaintiff, v. J. BURCH McMORRAN, Individually and as Superintendent of the New York State Department of Public Works, and the PEOPLE OF THE STATE OF NEW YORK, Defendants. — In each case, stay modified to the extent only as not to interfere, until the matter is heard at Special Term, with the surveys of the land or the present occupation thereof by the respondents as an office for the giving of information concerning the condemnation. This modification is not an indication to the Special Term that different, or any, injunctive relief should be granted or denied when heard upon the merits. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.